Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVICES, P.C.
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Samuel Burningham,<br><br>        Plaintiff,<br><br>v.<br><br>Nordstrom, Inc,<br>  d.b.a. Nordstrom Rack,<br><br>        Defendant. | CASE NO. 2:17-cv-00618-JNP-DBP<br><br>**STIPULATION FOR DISMISSAL**<br><br>Assigned to Honorable Jill N. Parrish<br>Referred to Magistrate Dustin B. Pead |

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that the above-entitled Action be dismissed with prejudice each side to bear its own costs and fees.

    RESPECTFULLY submitted on this 17th day of August, 2017.


/s/ Michael P. Studebaker
Michael P. Studebaker, Esq.
STUDEBAKER LEGAL SERVICES, P.C.
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
*Attorney for Plaintiff*

/s/  Cecilia M. Romero
Cecilia M. Romero
HOLLAND & HART
222 S. Main St., Ste 2200
Salt Lake City, UT 84101
(801) 595-7800
Email: cmromero@hollandhart.com
*Attorney for Defendant*

1