IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SAMUEL BURNINGHAM, <br><br> Plaintiff, <br> v. <br><br> NORDSTROM, INC., *d.b.a.* NORDSTROM RACK, <br><br> Defendant. | Case No. 2:17-cv-00618-JNP-DBP <br><br> **ORDER GRANTING STIPULATED MOTION TO DISMISS** <br><br> District Judge Jill N. Parrish |

A Stipulation for Dismissal was filed in this matter on August 17, 2017. Good cause appearing, it is hereby ORDERED that the Stipulated Motion is GRANTED and this case is dismissed with prejudice. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Signed September 5, 2017.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge